FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

MAY 26 2026

FOR THE DISTRICT OF NEW MEXICO

ERIK PALTROW
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**STEPHEN CRAIG CAMPBELL,**<br><br>Defendant. | CRIMINAL NO. 26-2448 MIS<br><br>**Count 1:** 18 U.S.C. § 1544:<br>Misuse of a Passport<br><br>**Count 2:** 18 U.S.C. § 1002:<br>Possession of false papers to defraud U.S<br><br>**Count 3:** 18 U.S.C. § 1028A(a)(1):<br>Aggravated Identity Theft<br><br>**Count 4:** 18 U.S.C § 922(g)(2):<br>Fugitive from Justice in Possession of a Firearm and Ammunition |

INFORMATION

The United States Attorney charges:

Count 1

On or about September 4, 2019, in Otero County, in the District of New Mexico, the defendant, **STEPHEN CRAIG CAMPBELL**, willfully and knowingly used and attempted to use United States passport No. C10824365, in violation of the conditions and restrictions therein contained (and/or of the rules prescribed pursuant to the laws regulating the issuance of passports), in that the defendant did knowingly used any passport; and, in violation of Title 18, United States Code, Section 1544.

In violation of 18 U.S.C. § 1544.

Count 2

On or about February 19, 2025, in Otero County, in the District of New Mexico, the defendant, **STEPHEN CRAIG CAMPBELL**, did knowingly possess an identification document not issued lawfully for the use of the defendant, to wit, social security card, with the intent to use such document to defraud the United States.

In violation of 18 U.S.C. § 1002.

Count 3

On or about February 19, 2025, in Otero County, in the District of New Mexico, the defendant, **STEPHEN CRAIG CAMPBELL**, did knowingly possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit [enumerated felony: Possession of Fraudulent Social Security Card to Defraud U.S.- 18 U.S.C. § 1002], knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

In violation of 18 U.S.C. § 1028A(a)(1).

Count 4

On or about February 19, 2025, in Otero County, in the District of New Mexico, the defendant, **STEPHEN CRAIG CAMPBELL**, knowing that he was a fugitive from justice. The defendant knowingly possessed 57 firearms and multiple rounds of ammunition, said firearms having been shipped and transported in interstate or foreign commerce

In violation of 18 U.S.C § 922(g)(2).

FORFEITURE

Upon conviction of any offense in violation of 18 U.S.C. § 922(g)(2), the defendant, **STEPHEN CRAIG CAMPBELL**, shall forfeit to the United States, pursuant to 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

a. FEG MAK PA63 9mm Serial Number AK0351

b. Ruger Vaquero Revolver, 44 Mag Caliber Serial Number 58-82480

c. Ruger Vaquero Revolver, 44 Mag Caliber Serial Number 58-82528

d. Ruger Vaquero Revolver, .357 Caliber Serial Number 58-60644

e. Ruger Vaquero Revolver, .357 Caliber Serial Number 58-60565

f. Ruger Vaquero Revolver, 44 Mag Caliber Serial Number 57-55959

g. Ruger Auto Pistol, 22 Caliber Serial Number 13-89853

h. Ruger Mark 1, 22 Caliber Serial Number 200404

i. Winchester, Model: 69, 30 Caliber Serial Number (None)

j. Marlin Skinner Alaskan Rifle, Model: 1895, 45-70 Caliber Serial Number 11059029

k. Winchester Bolt Action, Model: 70, 30 Caliber Serial Number 75477

l. Savage Arms, Model: 99, 300 Caliber Serial Number 289424

m. Winchester, Model: 94, 22 Caliber Serial Number 2527578

n. Henry Repeating Arms, .22 Caliber Serial Number GB038788M

o. Remington, Model: 700, 7mm Serial Number A6357207

p. Bolt Action Rifle, Mosin Nagant, 7.62X54 Caliber Serial Number 75931

q. Bolt Action Rifle, Winchester Repeating Arms, 67A, 22 Caliber Serial Number (None)

r. Sears, Roeback & Co. Rifle, Model: 103.16, 22 Caliber Serial Number (None)

s. Double Barrel Shotgun Interarms, Overland, 12 gauge Serial Number T110563

t. Revolver High Standard, Model: Double Nine .22 Caliber Serial Number 1065162

u. Henry Repeating Arms Lever Action Rifle, .22 Caliber
Serial Number C012526H

v. Ruger Model: 10-22, 22 Caliber Serial Number 823-22980

w. Remington 700, 7mm Serial Number G6841554

x. Ruger Model: 10-22, .22 LR Caliber Serial Number 823-22966

y. Century Arms Rifle, Model: AK-63D, 7.62X39 Caliber
Serial Number 63D-PM01899

z. Springfield Arms Double Barrel Shotgun, APR 20-1915, 12 gauge
Serial Number E2330

aa. Black/Brown Browning pistol Model: Buck Mark, 22 LR Caliber
Serial Number 515NP04545

bb. Marlin Firearms Model: 1894 CB, .44 Caliber Serial Number 00121736

cc. Stevens Arms Co. Double Barrel Shotgun Model: 5100 12 gauge
Serial Number (None)

dd. Marlin Firearms 1894, 357 Mag .38 Spc. Serial Number 95201716

ee. Amadeo Rossi S.A 12 gauge Model: Overload Serial Number 15989

ff. Savage Arms Model: 10, 243 Caliber Serial Number G535854

gg. Rifle Cugir Romanian Model: 56, 7.62X39 Caliber
Serial Number GM55-19

hh. Rifle Arizona Response Systems, FAL, with scope, 7.62 Caliber
Serial Number 135459

ii. Maverick Mossberg Model: 88, 12 gauge Serial Number MV70794G

jj. Black handgun, CZ, Model: 53, 7.62 Caliber Serial Number F17413

kk. Remington 870, 12 gauge Serial Number RS84523X

ll. Marlin 1894 Firearms .22LR Caliber Serial Number 04188278

mm. Ruger .44 Magnum Serial Number 83-63399

nn. Rifle Romarm SA Cugir, Model: SAR-1, 7.62X39 Caliber
Serial Number 31-72514-2003

oo. AR-15 Rifle with scope, .223 Caliber Serial Number (None)

pp. Black Rifle M4-AR15, Make: Brownells, 6.5 Grendel Caliber Serial Number (None)

qq. Glock 17 9X19, 9mm Serial Number WVH729

rr. Unknown make and model of firearm .45 Caliber

ss. Ruger SR1911, .45 Caliber Serial Number 672-2674

tt. Mossberg 930 with band, 12 Gauge Serial Number AF171387

uu. (U) Black Rifle, Imbell Sporter, Model: M444, .308 Caliber Serial Number 213705

vv. Ruger P94DC, .40 Caliber Serial Number 340-63782

ww. Black/Silver FEG PA-63 Pistol 9mm Serial Number AK0324

xx. Black Brown AK Romarm Rifle. Model: WASR-10, 7.62 Caliber Serial Number 1-496294-03

yy. Norinco Model 99, 12-gauge shotgun Serial Number SW000168

zz. Winchester Model 1894 Barrel Action Serial Number (None)

aaa. Favorite Model 1915, Receiver only Serial Number (None)

bbb. Cimarron F.A, .44 CAL Serial Number 0591

ccc. SKS rifle, 7.62x39mm Serial Number B07704

ddd. Approximately 80 pounds of powders including black powder, smokeless powder, and primers.

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

CLARA N. COBOS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304