**IN THE UNITED STATES DISTRICT**

**COURT FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 26CR2448 MIS**

**STEPHEN CRAIG CAMPBELL,**

**Defendant.**

**DEFENDANT'S SENTENCING MEMORANDUM**

"I pray for him often and would welcome him back into the community at any time." "Walt and Kathy are incredible people and they have a deep caring for the people in their community and their life." "The community as a whole is less without him. I know that I, myself am better off with Walt here." "I do not excuse the mistakes that brought him before the court, I respectfully ask that you consider his service, his positive influence here, and his capacity for rehabilitation when making your decisions." "One thing that has always stood out to me is your [Mr. Campbell] dedication to your community and your desire to make it better." "I hope to provide the court with a broader picture of the man I have known and the positive influence he has had on our community."

The above is a selection of positive comments submitted by the Weed, New Mexico, community on behalf of Stephen Craig Campbell. Stephen Campbell ("Mr. Campbell") is a 78 year old man in declining health who appears before the Court having accepted responsibility for his crimes. The advisory guideline range of 70 to 81 months does not accurately reflect who Mr.

Campbell has been the past four decades. The §3553 factors strongly support a downward variance to 24 months, the mandatory sentence under 18 U.S.C. §1028A.

Mr. Campbell spent decades contributing positively to his community in Weed, New Mexico. Members of the Weed community have contributed letters on his behalf, offering support and encouragement during his time in custody. These letters show that Mr. Campbell's presence improved life in his community and supported his neighbors in meaningful and lasting ways.

None of this excuses his behavior; however, it does serve as mitigation that, when taken together with the other §3553 factors, support a downward variance to a 24 month sentence. Such a sentence is sufficient, and no greater than necessary, to accomplish the aims of sentencing.

## I. SENTENCING REQUEST

Mr. Campbell's has a decades-long history of offering substantial service to the Weed community. As a volunteer firefighter, Mr. Campbell assisted on over 200 fire and 100 EMS runs, including wildfire and structure support, radio operations, ambulance driving, and landing zone setup. He published *The Weed Patch,* a community newspaper distributed to roughly 150 residents. He taught hand radio courses, volunteered with the Boy Scouts, attended county commission meetings, advocated for a local shooting range, and researched federal actions affecting the Lincoln National Forest. Mr. Campbell was a member of the Single Action Shooting Society (SASS), an international organization created to promote family-friendly, safety, and historical preservation. As a member of SASS, Mr. Campbell competed with dress authentic 19th century old west clothing, participating in timed stages, shooting live ammunition at steel targets. These facts are not merely background – they all serve to illustrate the role Mr. Campbell played in his community. Each of the attached letters confirms this pattern of involvement. Mr. Campbell positively impacted the lives of dozens of members of the Weed community; his contributions to

this southern New Mexico community over the years are immeasurable.

BOP defines frail elderly/elderly offenders as offenders who are 65 years or older and meet two of the following criteria: have one or more permanent medical conditions that result in end organ damage as part of the natural history of the disease, and for which conventional treatment will not substantially arrest, reverse, or control/mitigate the end organ damage despite optimal medical management; require human assistance (staff or inmate) on a daily basis to perform activities of daily living and/or instrumental activities of daily living despite the regular use of assistive devices as observed and documented in the health record; and require frequent human assistance (by staff or inmate more than once a week) to be reoriented to person, place, or time related to early stages of cognitive dysfunction as observed and documented in the health record.[1] Mr. Campbell is a 78 year old man who suffers from numerous medical problems including chronic kidney disease, an enlarged prostate, hearing impairment, memory difficulties (particularly short term memory), and a recent significant fall.

Mr. Campbell does not minimize the seriousness of his identity theft and false document offenses. He has accepted responsibility for those crimes. He has also admitted to his firearm offense; however, his firearm possession was purely for sport, recreation, and collection purposes, as documented in his motion for downward variance. For the past four decades, Mr. Campbell behaved lawfully, productively, and peacefully. He devoted his time and resources to improving the life of his neighbors, friends, and fellow residents in Weed and the greater Otero County.

The §3553(a) factors support a 24 month sentence. Two years of federal imprisonment is a substantial penalty for an elderly and medically vulnerable individual. Mr. Campbell is 78 years old, and at his age his health is only bound to deteriorate, not improve. Mr. Campbell accepted

---

[1] BOP Memo: Management of Aging Offender, April 14, 2022, page 2
https://www.bop.gov/policy/progstat/5241_001.pdf (checked August 26, 2026)

responsibility for his actions in this case. He has already served more time in custody than he ever has before; he has served nearly 19 months in custody, with a balance remaining, even at his requested 24 month sentence. Mr. Campbell has already been deterred by his arrest, prosecution, and continued incarceration at his age, as well as the collapse of his former life. While in custody, there appear to have been no disciplinary issues or further criminal activity. The Weed community views Mr. Cambell as a positive force – not a danger – and his age further reduces any future risk. His community will welcome him back, and he has substantial assistance waiting for him upon his release from custody.

**CONCLUSION**

Mr. Campbell stands before the Court as a man who devoted decades of his life to making the town of Weed safer and more connected. Together with his age, declining health, decades long track record of being a productive member of his community, and acceptance of responsibility, these facts warrant a downward variance. He respectfully requests a 24 month sentence, the minimum required under 18 U.S.C. §1028A(a)(1).

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main Street, Suite
400 Las Cruces, NM 88001
Phone: (575) 527-6930
Fax: (575) 527-6933

***Electronically filed (August 27, 2026).***

By: _/s/David Benatar_
DAVID BENATAR
Assistant Federal Public
Defender, Las Cruces Office