Rev. October 28, 2015

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | | | |
|---|---|---|---|
| CR No: | **26-2448 MIS** | USA vs.: | **CAMPBELL** |
| Date: | **9/03/2026** | Name of Deft: | **STEPHEN CRAIG CAMPBELL** |
| Before the Honorable: | **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **10:46 AM – 10:55 AM**<br>**11:00 AM – 11:35 AM** | Total Time in Court **(for JS10):** | **44 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **RACHEL LOPEZ**<br>**(RAEUFP@GMAIL.COM)** |
| AUSA: | **CLARA COBOS** | Defendant's Counsel: | **DAVID BENATAR** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **ARIANA ARAIZA** | Sworn? | **X** Yes / No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** | Information | | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **1, 2, 3, 4** | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **5/26/2026** | | | | PSR: | **X** | Not Disputed | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| | | |
|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | **COUNTS 1, 2, 4 : 57 MONTHS (CONCURRENT)**<br>**COUNT 3 : 24 MONTHS TO RUN CONSECTUIVE FOR A TOTAL OF 81 MONTHS.** |

| | | | |
|---|---|---|---|
| Supervised Release: | **COUNT 1, 2, 4: 3 YEARS**<br>**COUNT 3: 1 YEAR**<br>**TO RUN CONCURRENT FOR A TOTAL OF 3 YEARS** | Probation: | |

| | | | | | |
|---|---|---|---|---|---|
| | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | **X** | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| X | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| X | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| | Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol (up to 4 tests per day) | | Participate in sex offender treatment program |
| | **OTHER:** | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | **20,000** | Restitution: $ | **1, 738.80** | | |
| SPA: $ | **400** ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | | Waived |
| OTHER: | **CONSISTENT WITH A STIPULATION IN THE PLEA AGREEMENT, THE DEFENDANT FORFEITS RIGHTS, TITLE AND INTEREST IN THE ITEMS OUTLINED IN PARAGRAPH 26 OF THE WRITTEN PLEA AGREEMENT.** | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |

| | |
|---|---|
| OTHER COMMENTS: | **COURT OBJECTIONS BY MR. BENATAR TO PSR.**<br><br>**PARAGRAPH 57 PENDING CHARGE OUT OF WYOMING, OBJECT TO FACTS. MS. COBOS STAND ON ITS RESPONSE. DISCLOSED DISCOVERY ON CASE. RELIABLE. GOVERNMENT EXHIBIT 1.**<br>**MR. BENATAR DO NOT OBJECT TO EXHIBIT.**<br>**COURT ADMITS GOVERNMENT EXHIBIT 1. COURT REVIEWS EXHIBIT.** |

 Rev. October 28, 2015

| | |
|---|---|
| | **COURT OVERRULES OBJECTION AS TO PSR. GOVERNMENT EXHIBIT 1 RELIABILITY.**<br><br>**MS. COBOS CORRECTION TO RESPONSE REQUEST RESTITUTION IN THE AMOUNT $ 1,780.00**<br>**MR BENATAR STIPULATE TO THE AMOUNT**<br><br>**MR. BENATAR OBJECTION TO ANOYOMUS LETTER SENT TO THE COURT BY THE GOVERNMENT.**<br>**MS. COBOS STANDARD.**<br>**COURT: WILL NOT CONSIDER LETTER SENT BY THE GOVERNMENT**<br><br>**COURT – MOTION FILED BY PERSON OTHER THAN DEFENDANT FOR RETURN OF PROPERTY.**<br>**MS. COBOS WILL HAVE AGENTS REACH OUT TO PARTY.**<br>**COURT WILL FILE MINUTE ORDER DENYING MOTION DUE TO THE SUBMISSION IS NOT A PARTY TO THE CASE.**<br><br>**GOVERNMENT EXHBIT 1 RETURNED TO THE GOVERNMENT.** |